177 So. 922

**Evelyn KIRBY v. STATE.**
**8 Div. 598.**

Court of Appeals of Alabama.
Nov. 16, 1937.

PER CURIAM.

Appeal dismissed on motion of appellant.